IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHRISTOPHER OSHA MOORE, #35857**                                        **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 3:08-cv-674-TSL-JCS**

**RON KING**                                        **RESPONDENT**

ORDER

Upon consideration of the application to proceed in forma pauperis filed by the petitioner in the above entitled action, the court notes that the petitioner failed to file a complete application to proceed in forma pauperis.  Specifically, petitioner failed to have the "Certificate" portion of the application completed by the authorized officer of the institution where he is currently incarcerated.  Accordingly, it is hereby,

ORDERED:

1.  That on or before November 24, 2008, petitioner shall file a completed "Certificate" portion of his application to proceed in forma pauperis or pay the required filing fee of $5.00.

2.  The Clerk shall mail the attached "Certificate" portion of an application to proceed in forma pauperis to the petitioner at his last known address.

3.  If the petitioner has the funds to pay the filing fee, he shall do so by submitting the $5.00 filing fee to the Clerk of Court, on or before November 24, 2008.  Accompanying his payment shall be a written explanation that the money is being submitted as payment of the filing fee in this case, civil action number 3:08-cv-674-TSL-JCS, on behalf of the petitioner, Christopher Osha Moore, #35857.

4. Petitioner is warned that his failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and

contumacious act by the petitioner and may result in the dismissal of this case.

  THIS, the   10th    day of  November, 2008.


           s/ James C. Sumner
          UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHRISTOPHER OSHA MOORE, #35857**                                           **PETITIONER**

**VERSUS**                                         **CIVIL ACTION NO. 3:08-cv-674-TSL-JCS**

**RON KING**                                                                                     **RESPONDENT**

**AMENDED HABEAS CORPUS IFP APPLICATION**

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution:_____.

_____                              _____
          Date                                                          Authorized Officer of Institution