**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CHRISTOPHER OSHA MOORE #35857**                    **PETITIONER**

**VS.**                                   **CIVIL ACTION NO. 3:08cv674  TSL-FKB**

**RON KING**                                          **RESPONDENT**

---

O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge F. Keith Ball, and the court, having fully reviewed the report and recommendation entered in this cause on July 22, 2010, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on July 22, 2010, be, and the same is hereby adopted as the finding of this court.  Respondent's motion to dismiss is hereby granted, and the petition for writ of habeas corpus is hereby dismissed without  prejudice.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the __12th_____  day of August, 2010.


 /s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE